UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PREZERV TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>v. <br><br>ALESSANDRO MORARI, GIACOMO DOMENICONI, BARTOLOMEO GARAFOLO, and SOLIDIUM AI, INC., <br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 1:21-cv-11918-FDS <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF APPEAL

Notice is hereby given that Alessandro Morari, Giacomo Domeniconi and Solidium AI, Inc., the moving Defendants in the above-captioned matter, appeal to the United States Court of Appeals For the First Circuit from the Decision and Order entered in this action on December 7, 2021 by the Honorable Frank Dennis Saylor, IV of the United States District Court for the District of Massachusetts.

Dated: December 30, 2021

                                                  /s/ Ernest E. Badway
                                                Ernest E. Badway
                                                BBO No. 562641
                                                **Fox Rothschild LLP**
                                                101 Park Avenue
                                                17th Floor
                                                New York, New York 10178
                                                (212) 878-7915 (Telephone)
                                                (212) 692-0940 (Fax)
                                                EBadway@foxrothschild.com
                                                Attorneys for Defendants-Appellants
                                                Alessandro Morari, Giacomo
                                                Domeniconi and Solidium AI, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by the Court's ECF this 30th day of December 2021, as follows:

Raymond P. Ausrotas Esq.
Wiliam F. McGonigle, Esq.
Arrowood LLP
10 Post Office Square
7th Floor South
Boston, MA 02109
rausrotas@arrowoodllp.com
wmcgonigle@arrowoodllp.com
*Attorneys for the Plaintiff-Respondent*

 

/s/ Ernest E. Badway
Ernest E. Badway
BBO No. 562641
**Fox Rothschild LLP**
101 Park Avenue
17th Floor
New York, New York 10178
(212) 878-7915 (Telephone)
(212) 692-0940 (Fax)
EBadway@foxrothschild.com
Attorneys for Defendants-Appellants
Alessandro Morari, Giacomo Domeniconi
and Solidium AI, Inc.